**Order entered October 8, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00440-CV

**OBSIDIAN SOLUTIONS, LLC F/N/A ARCO IDEAS, LLC, Appellant**

**V.**

**KBIDC INVESTMENTS LLC, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10092**

## ORDER

Before the Court is appellee's October 4, 2019 unopposed second motion for an extension of time to file its appellee/cross-appellant's brief. We **GRANT** the motion and extend the time to **November 15, 2019**. We caution appellant that further extension requests will be disfavored.

/s/    KEN MOLBERG
         JUSTICE